UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TEDDY DUPLANTIS

DEBTOR

CASE NO. 15-11731

SECTION A

CHAPTER 13

## OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY BSI FINANCIAL SERVICES, AS SERVICER FOR U.S. BANK, FOR HEARING NOVEMBER 25, 2019

NOW INTO COURT, through undersigned counsel, comes the debtor who opposes the Motion to Lift Stay filed by BSI Financial Services, servicer for U.S. Bank, and who represents as follows:

1.

The allegations regarding the filing of the bankruptcy, the jurisdiction of the court, and the fact that debtor owes a mortgage to BSI Financial Services/U.S. Bank secured to his home are all admitted.

2.

Your debtor also admits to a default, but contends that the default was caused by circumstances beyond his control.

3.

Debtor represents that he has been in bankruptcy for in excess of four (4) years, and has experienced problems a result of a short term decrease in his income. Debtor is now able to make a significant up front payment and resume direct payments.

4.

Debtor proposes to cure the default by paying $5,000.00 up front, which funds are in the possession of undersigned counsel, with the residual funds to be paid over six (6) months going forward, beginning with, and in addition to, the payment due December 1, 2019.

**WHEREFORE**, your debtor prays that this opposition be deemed good and sufficient, and after all due proceedings be had, that the Motion to Lift Stay filed by BSI Financial Services, servicer for U.S. Bank be denied, and for all such other relief as is just and equitable.

Respectfully Submitted:

Phillip D. Rubins (#17779)
Attorney at Law
4051 Veterans Memorial Blvd
Suite 305
Metairie, LA 70002
(504) 454-7763

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TEDDY DUPLANTIS     CASE NO. 15-11731

DEBTOR     SECTION A

CHAPTER 13

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY BSI FINANCIAL SERVICES, AS SERVICER FOR U.S. BANK, FOR HEARING NOVEMBER 25, 2019,** was served on the 9th day of October, 2019 by ELECTRONIC FILING through the court's electronic filing system upon:

Chapter 13 Trustee, S.J. Beaulieu     ecf@ch13no.com

United States Trustee     USTPRegion05.NR.ECF@usdoj.gov

and by First Class Mail, Postage Prepaid upon:

BSI Financial Services
314 S. Franklin Street
Titusville, PA 16354-2168

Tabitha Mangano
Jackson & McPherson, L.L.C.
1010 Common Street
Suite 1800
New Orleans, LA 70112

Phillip D. Rubins
4051 Veterans Memorial Blvd
Suite 305
Metairie, LA 70002
(504) 454-7763
(#17779)