UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TEDDY DUPLANTIS | CASE NO. 15-11731 |
| | SECTION A |
| DEBTOR | CHAPTER 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION REGARDING THE MOTION FOR
RELIEF FOR AUTOMATIC STAY**

IT IS HEREBY AGREED by and between counsel for the parties of BSI Financial Services, as servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust ("Creditor"), and Teddy Duplantis ("Debtor") that an Order should be entered so that the automatic stay be modified as follows:

IT IS AGREED that Debtor is post-petition delinquent as follows:

| | |
|---|---|
| 1. 12 Post-Petition Installments of $1,002.42 each due for December 1, 2018 to November 1, 2019 …..……..……………….. | $12,029.04 |
| 2. Attorney Fee ……………………………………………………… | 500.00 |
| 3. Court Cost …………………………………………………………… | 181.00 |
| 4. Suspense Balance…………………………………………………….. | (702.20) |
| TOTAL | **$12,007.84** |

IT IS FURTHER AGREED that Debtor will pay the sum of $5,000.00 within fifteen (15) days from the entry of this Order thereby reducing the post-petition delinquency to $7,007.84. If BSI Financial Services does not receive $5,000.00 within the fifteen (15) days, then said event will constitute a default of this Order, and BSI Financial Services shall provide Debtor and Debtor's counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court shall lift the stay upon the presentation of an affidavit of default executed by a representative of BSI Financial Services.

IT IS FURTHER AGREED that the Debtor shall cure the remaining post-petition delinquency of $7,007.84 by paying five (5) equal monthly installments of $1,167.97 and a sixth (6th) and last monthly installment of $1,167.99 directly to BSI Financial Services beginning December 1, 2019 and ending May 1, 2020. This amount is in addition to the regular monthly payment. If BSI Financial Services does not receive the additional payment or any part thereof within thirty (30) days of its due date, which is the first (1st) of the month, then said event will constitute a default of this Order, and BSI Financial Services shall provide Debtor and Debtor's counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court shall lift the stay upon the presentation of an affidavit of default executed by a representative of BSI Financial Services.

IT IS FURTHER that Debtor shall pay the ongoing post-petition payments timely as they come due directly to BSI Financial Services commencing with the December 1, 2019 payment. Should BSI Financial Services not receive a regular post-petition payment on its due date, which is the first (1st) of the month, and thirty (30) days lapse without receipt of the payment, then said event will constitute a default of this Order, and BSI Financial Services shall provide Debtor and Debtors' counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court shall lift the stay upon the presentation of an affidavit of default executed by a representative of BSI Financial Services.

IT IS FURTHER AGREED that should this case be converted to any other Chapter of the Bankruptcy Code, the Order shall survive conversion. This order shall survive one (1) year after entry of this order, or until this case is dismissed, if the dismissal occurs prior to the passage of the one (1) year period referenced herein.

THIS STIPULATION READ AND AGREED this 10th day of October, 2019.

/s/ Tabitha Mangano
Tabitha Mangano (No. 32569)
JACKSON & McPHERSON, L.L.C.
1010 Common Street, Suite 1800
New Orleans, Louisiana 70112
504-581-9444

/s/ Phillip D. Rubins
Phillip D. Rubins (No. 17779)
Attorney for Debtor
4051 Veterans Memorial Blvd., Suite 305
Metairie, Louisiana 70002
504-454-7763