UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   TEDDY DUPLANTIS                    CASE NO. 15-11731

DEBTOR                          SECTION A

CHAPTER 13

## **DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATE OF PLAN COMPLETION**

**NOW** into court, through undersigned counsel, comes the debtor, who certifies under penalty of perjury that the following is true and correct, and based on this certification moves for the entry of a discharge pursuant to 11 U.S.C. §1328 (a):

1. All plan payments have been completed and the debtor is otherwise entitled to a discharge under 11 U.S.C. §1328 (a).

2. Debtor does not have any liability for domestic support obligations due on or before the date this certificate is signed, including any pre-petition amounts to the extent provided for the by the plan, or the debtor has paid such obligations to:  NONE

3. The instruction course concerning personal financial management described in 11 U.S.C. §111 was completed.

4. The provisions of 11 U.S.C. §522 (q) are not applicable to this case, pursuant to 11 U.S.C.'s 1328(h). There are no proceedings pending against the debtor of the kind described in 11 U.S.C. §522(q)(1)(A) or §522(q)(1)(B), pursuant to §1328(h).

5. The debtor is not ineligible to receive a discharge in this case by reason of obtaining a

prior discharge in accordance with §1328(f)(1) or (2).

Respectfully Submitted:

Phillip D. Rubins (#17779)
Attorney at Law
4051 Veterans Mem. Blvd.
Suite 305
Metairie, LA 70002
(504) 454-7763

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:        TEDDY DUPLANTIS                    CASE NO. 15-11731

              DEBTOR                             SECTION A

                                                CHAPTER 13

## **VERIFICATION**

I, Teddy Duplantis, do hereby make solemn oath that I have read the foregoing

## **DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATE OF PLAN**

**COMPLETION**, and it is true and correct to the best of my knowledge and belief.

*Teddy Duplantis*
TEDDY DUPLANTIS